IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN MARCUS SMITH,<br><br>Defendant. | Case No. 1:22-MJ-332 |

# CRIMINAL INFORMATION

Count One
*(Assault by Striking, Beating, or Wounding)*

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 1, 2022, on the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, JUAN MARCUS SMITH, did assault another person by striking, beating and wounding Victim-1.

(In violation of Title 18, United States Code, Section 113(a)(4).)

<u>Count Two</u>
*(Disorderly Conduct)*

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about November 1, 2022, on the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, JUAN MARCUS SMITH, did unlawfully, with intent to cause public alarm, jeopardy, or violence, and knowingly and recklessly creating a risk thereof, engage in fighting, threatening, and violent behavior.

(In violation of Title 36, Code of Federal Regulations, Section 2.34(a)(1).)

Count Three<br>
(Vandalism)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about November 1, 2022, on or near the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, JUAN MARCUS SMITH, did destroy, injure, deface, or damage property.

(In violation of Title 36, Code of Federal Regulations, Sections 2.31(a)(3).)

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date:   November 29, 2022        By: *Molly Picard*
Molly Picard
Special Assistant United States Attorney
April Russo
Assistant United States Attorney